# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 JUN 11 AM 10:32

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| ROBERTO ANTONIO ALVIZAR ) | Title 18, United States Code |
| ) | Section 751(a) |
| ) | Escape from Federal Custody |

The undersigned complainant, being duly sworn states:

That on or about June 5, 2007, at San Diego, California, in the Southern District of California, ROBERTO ANTONIO ALVIZAR did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: Correctional Alternatives, Inc., San Diego, California, said custody and confinement at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of California upon conviction for the commission of importation of a controlled substance, in violation of Title 21 United States Code § 952 and 960, in violation of Title 18, United States Code, Section 751.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Bennett Locke
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 11th day of June, 2007.

United States Magistrate Judge

STATEMENT OF PROBABLE CAUSE

I, Bennett Locke, being duly sworn, hereby depose and say:

I am a Deputy United States Marshal and have been so employed for over 4 years.

This statement of facts is made in support of a complaint against Roberto Antonio Alvizar for Escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a). On June 5, 2007, I received a report that Roberto Antonio Alvizar had failed to report to Correctional Alternatives, Inc., as ordered.

On June 5, 2007 I reviewed files from the United States Marshals Service and the Community Corrections Office. My review of the files revealed that Alvizar was convicted in U.S. District Court, Southern District of California, criminal case number 06CR2148-WQH, after pleading guilty to Title 21 USC Sections 952 & 960; to wit; importation of Marijuana. On January 26, 2007, Alvizar was sentenced to 10 months custody of the Attorney General and taken to MCC Facility, 808 Union Street, San Diego, California, a federal corrections facility.

On May 26, 2007, Alvizar signed an "Understanding of Conditions of Furlough". The understanding states that "If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in section 751 of Title 18, United States Code." The Understanding is signed by Roberto A. Alvizar.

On June 5, 2007 at 10am, Alvizar departed MCC en route to Correctional Alternatives Inc., 2727 Boston Ave. San Diego, California to serve out the remainder of his sentence. Alvizar was scheduled to arrive no later than 12:00 pm June 5, 2007. As of June 8, 2007, Alvizar has not reported to Correctional Alternatives Inc. Alvizar's current whereabouts are unknown and he remains a fugitive.