1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile:  (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Defendant Mr. Alvizar

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No.  07MJ1341
                                    )
12          Plaintiff,               )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 **ROBERTO ANTONIO ALVIZAR,**     )
                                    )
15          Defendant.               )
                                    )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case along with John C. Ellis as co-chair.

20                                      Respectfully submitted,

21 Dated: June 16, 2008                *s/ Ellis M. Johnston, III*
                                        Federal Defenders of San Diego, Inc.
22                                      Attorneys for Defendant
                                        ellis_johnston@fd.org
23

24

25

26

27

28

1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Mr. Alvizar

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  Case No. 07mj1341
                                      )
12            Plaintiff,               )
                                      )
13 v.                                 )  **PROOF OF SERVICE**
                                      )
14 **ROBERTO ANTONIO ALVIZAR**,       )
                                      )
15            Defendant.              )
                                      )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20     **Assistant United States Attorney**
       efile.dkt.gc1@usdoj.gov,
21
                                         *s/ Ellis M. Johnston, III*
22 Dated: June 16, 2008                  **ELLIS M. JOHNSTON III**
                                         Federal Defenders of San Diego, Inc.
23                                       ellis_johnston@fd.org

24

25

26

27

28