FID no. 1334072
00011-298
10/20/1986

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**ROBERTO ANTONIO ALVIZAR**

Magistrate's Case No. '07 MJ 1341

| WARRANT ISSUED ON THE BASIS OF: | |
|---|---|
| ___ Failure to Appear | ___ Order of Court |
| ___ Indictment | ___ Information |
| X  Complaint | |

WARRANT FOR ARREST

**FILED**
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNT___ DEPUTY

TO:

ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER.

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

ROBERTO ANTONIO ALVIZAR

DISTRICT OF ARREST: Southern District of California

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Escape from Federal Custody

DATE: 6/11/08
ARRESTED BY: Deputy R. Nazaree (El Centro)
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: Muria

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL to be determined | OTHER CONDITIONS OF RELEASE | |

ORDERED BY: Ruben B. Brooks  BR069
CLERK OF COURT/U.S. MAGISTRATE BY: [signature]

DATE ORDERED: 06/08/2007  06/11/2007
DATE ISSUED

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

07 MJ 1341   ALVIZAR, ROBERTO ANTONIO   6/11/07

CLASS I 'A'   LOCKE   DUE 6/12