**FILED**
JUN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury   '08 CR 2128  LAB

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | <u>I N D I C T M E N T</u> |
| v. | ) | Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |
| ROBERTO ANTONIO ALVIZAR, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about June 5, 2007, within the Southern District of California, defendant ROBERTO ANTONIO ALVIZAR did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of importation of a controlled substance, in violation of Title 21,

//
//
//
//
//

SDD:em:San Diego
6/24/08

1 | United States Code, Sections 952 and 960; all in violation of
2 | Title 18, United States Code, Sections 751(a) and 4082(a).
3 |     DATED: June 25, 2008.

A TRUE BILL,

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney